NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WILLIE SAFFORD,                          )
                                         )
        Appellant,                 )
                                         )
v.                                       )     Case No. 2D19-120
                                         )
STATE OF FLORIDA,                        )
                                         )
        Appellee.                  )
_____  )

Opinion filed October 18, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico,
Judge.

Willie Safford, pro se.


PER CURIAM.


        Affirmed.


NORTHCUTT, CASANUEVA, and VILLANTI, JJ., Concur.